**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7463**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

VERNON JOHNSON,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson E. Legg, District Judge.  (CR-95-
260-L)

———————

Submitted:  December 11, 1997      Decided:  December 31, 1997

———————

Before HALL and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Vernon Johnson, Appellant Pro Se.  John Alexander Gephart, OFFICE
OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying his motions for a downward departure in sentence and requesting permission to amend original pleading. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Johnson</u>, No. CR-95-260-L (D. Md. Aug. 25 & Sept. 10, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>